**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 12 EM 2019
:
Respondent  :
:
:
:
v.  :
:
:
:
JACOB PATRICK SULLIVAN,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2019, the Motion for Stay is DENIED.